```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/11/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER PAGAN, Individually and on Behalf of All Others Similarly Situated,

      Plaintiff,

-against-

THE BEDROOM SOURCE CARLE PLACE, INC.,

      Defendant.

23-CV-10773 (MMG) (RWL)

**NOTICE OF REASSIGNMENT**

MARGARET M. GARNETT, United States District Judge:

  This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment, including Defendant's deadline to respond to the complaint by **April 3, 2024**. All counsel must familiarize themselves with the Court's Individual Rules & Practices, which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

Dated: March 11, 2024
    New York, New York

              SO ORDERED.

              _____
              MARGARET M. GARNETT
              United States District Judge