**DENTONS**

Karla Del Pozo García
Managing Associate

karla.delpozogarcia@dentons.com
+1 212-768-5328

Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
United States

dentons.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/02/2024
```

> **Application GRANTED. Defendant's deadline to answer, move, or otherwise respond to the complaint shall be extended to May 3, 2024.**
>
> **The Clerk of Court is respectfully directed to terminate Dkt. No. 15.**
>
> **SO ORDERED. Date: 4/1/2024.**
>
> **HON. MARGARET M. GARNETT**
> **UNITED STATES DISTRICT JUDGE**

**VIA ECF**

The Honorable Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Pagan v. The Bedroom Source Carle Place, Inc.*, Case No. 1:23-cv-10773-VSB

Dear Judge Garnett:

We represent Defendant The Bedroom Source Carle Place, Inc. ("Defendant") in the above-referenced matter. We respectfully move the Court to extend Defendant's deadline to answer, move, or otherwise respond to the Plaintiff's Complaint from April 3, 2024 to May 3, 2024.

Plaintiff's counsel consented to the requested extension. Defendant's counsel was out of the office for most of the month of March and the requested extension will facilitate the parties' efforts to directly negotiate the voluntary dismissal of all claims asserted in this action without further litigation. This Court granted three prior extensions, with the most recent extension being granted on March 1, 2024.

Respectfully submitted,

*/s/ Karla Del Pozo García*
Karla Del Pozo García

cc:   All counsel of record (by ECF)